E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDYMAC FEDERAL BANK, F.S.B., by the FEDERAL DEPOSIT INSURANCE CORPORATION as Conservator,<br><br>Plaintiff,<br><br>vs.<br><br>PMI MORTGAGE INSURANCE CO., an Arizona corporation,<br><br>Defendant. | Civil Action No. 08-4303<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

**Avner E. Mizrahi**, an active member in good standing of the bars of **the New Jersey Supreme Court, the District of Columbia, and the New York State Court of Appeals** whose business address and telephone number is

**Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006-5403
(202) 420-2200**

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Plaintiff IndyMac Federal Bank, F.S.B., by the Federal Deposit Insurance Corporation as Conservator,**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: 10/20/08

_____
William H. Alsup, United States District Judge