UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

INDYMAC FEDERAL BANK, F.S.B., by
the FDIC as Conservator,

        Plaintiff(s),

v.

PMI MORTGAGE INSURANCE CO., an
Arizona corporation,

        Defendant(s).

CASE NO. 08-CV-4303 WHA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓   Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

**Private Process:**
    Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓   other requested deadline  No earlier than the court's rulings on Plaintiff's motion for partial summary adjudication and Defendant's motion to dismiss.

Dated: 12/01/2008                          James Murray
                                             Attorney for Plaintiff

Dated: 12/01/2008                          /S/ Douglas Winthrop
                                             Attorney for Defendant

-2-

## ATTESTATION

I, James Murray, am the ECF User whose identification and password are being used to file this Stipulation and Proposed Order selecting ADR Process. I hereby attest that Douglas A. Winthrop has concurred in this filing.

Dated: 12/01/2008                               DICKSTEIN SHAPIRO LLP


                                                By:_____/S/_____
                                                James Murray
                                                Attorneys for Plaintiff IndyMac Federal Bank,
                                                F.S.B., by the Federal Deposit Insurance
                                                Corporation as Conservator

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
  Non-binding Arbitration
  Early Neutral Evaluation (ENE)
  Mediation
  Private ADR

Deadline for ADR session
  90 days from the date of this order.
  other

IT IS SO ORDERED.

Dated: December 3, 2008



UNITED STATES DISTRICT JUDGE